UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES E. CORLISS, | Case No. C04-2357-JLR-JPD |
| Petitioner, | |
| v. | ORDER DISMISSING § 2254 PETITION WITH PREJUDICE |
| JOSEPH LEHMAN, | |
| Respondent. | |

Having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the state court record, the Court does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 13th day of May, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2254 PETITION
WITH PREJUDICE